*382
 
 Nash, J.
 

 We see no reason to doubt the correctness of the judgment appealed from. Upon the estate of every intestate there must be an administration, in order to its due and proper settlement. The administrator is the personal representative of the deceased, and upon him devolves the duty and reponsibility of collecting the as-setts, and paying the debts and making distribution. He alone is recognised as legally entitled to the assets, and to him must the creditors and next of kin look. If he dies before these ends are attained, an administrator
 
 de bonis non
 
 must be appointed, and to him the like rights, duties, and responsibilities attach; and so on, as often as the representative dies without closing his administration, and the action at law, to collect the unadministered assets, must be brought in the name of the administrator
 
 de boms non,
 
 and not in that of the next of kin,
 
 Taylor
 
 v.
 
 Brooks
 
 4 Dev. & Bat. 143.
 

 We agree with his Honor, that the relator cannot main» tain this action.
 

 Per Curiam. Judgment affirmed.